```
                    UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON
```

Lanny Swerdlow,

       Plaintiff,

                                              Civil No. 00-580HA

   v.

                                              JUDGMENT OF DISMISSAL

City of Portland, Adrienne
Sparrow, Masayo Howell, Glen
Storts, M.W. Calder, John
Shepard, Greg Duvic, Donald
MacPherson, Marilyn Van Horn,
Doug Kosloske and Ed Frumfield,

       Defendants.
_____

       Based upon the record,

     IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and with the parties to bear their own costs.

       Dated this   26   day of January, 2005.

                                                    /s/Ancer L. Haggerty
                                               ANCER L. HAGGERTY
                                               U. S. District Judge